**Electronically Filed**
**Supreme Court**
**SCPW-23-0000745**
**07-MAR-2024**
**09:18 AM**
**Dkt. 7 ODDP**

SCPW-23-0000745

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

MARTIN KAO and TIFFANY JENNIFER LAM, Petitioners,

vs.

THE HONORABLE GARY W.B. CHANG,
Judge of the Circuit Court of the First Circuit,
State of Hawaiʻi, Respondent Judge,

and

NAVATEK CAPITAL INC., individually and derivatively on behalf of
Nominal Defendant PacMar Technologies LLC, fka Martin Defense
Group, LLC, fka Navatek LLC, Respondent.

_____

ORIGINAL PROCEEDING
(CASE NO. 1CCV-20-0001511)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the petition for writ of mandamus

filed December 22, 2023, and the record, Petitioners have not

demonstrated a clear and indisputable right to relief, nor a

lack of alternative means to obtain the relief sought.  See

<u>Womble Bond Dickinson (US) LLP v. Kim</u>, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered that the petition is denied.

DATED:  Honolulu, Hawaiʻi, March 7, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

